IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA A. GRIMM,<br>  Plaintiff, | )<br>)<br>) |
| vs. | )   Civil Action No. 06-1050 |
| CITY OF UNIONTOWN, et al.,<br>  Defendants. | )<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this 4 day of May, 2007, after the plaintiff, Joshua A. Grimm, filed an action in the above-captioned case, and after a motion for partial judgment on the pleadings was submitted by the plaintiff, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 17), which is adopted as the opinion of this Court,

IT IS ORDERED that the motion for partial judgment on the pleadings submitted on behalf of the plaintiff (Docket No. 11) is denied.

/s/ Gary L. Lancaster
Gary L. Lancaster
United States District Judge