IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSHUA A. GRIMM, )
    Plaintiff, )
)
vs. ) Civil Action No. 06-1050
)
CITY OF UNIONTOWN, UNIONTOWN )
POLICE DEPARTMENT, CHIEF OF )
POLICE KYLE SNEDDON, both )
individually and as Chief of Police for the )
City of Uniontown, OFFICER JONATHAN )
GRABIAK, both individually and as a )
police officer for the City of Uniontown, )
and OFFICER MICHAEL GARROW, both )
individually and as a police officer for the )
City of Uniontown, )
    Defendants. )
)

## ORDER

AND NOW, this 31st day of January, 2008, after the plaintiff, Joshua A. Grimm, filed an action in the above-captioned case, and after a motion for summary judgment was submitted by the defendants, City of Uniontown, Uniontown Police Department, Chief of Police Kyle Sneddon, Officer Jonathan Grabiak and Officer Michael Garrow, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff and the response to those objections filed by the defendants, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 35), which is adopted as the opinion of this Court,

IT IS ORDERED that defendants' motion for summary judgment (Docket No. 23) is granted.

Gary L. Lancaster
United States District Judge