IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA A. GRIMM, | Civil Action No. 06-1050 |
| Plaintiff, | Magistrate Judge Mitchell |
| v. | |
| CITY OF UNIONTOWN; UNIONTOWN POLICE DEPARTMENT; CHIEF OF POLICE KYLE SNEDDON, both Individually and as Chief of Police for the City of Uniontown; OFFICER GRABIAK, Both individually and as a police officer for the City of Uniontown; and OFFICER MICHAEL GARROW, both individually and as a police officer for the City of Uniontown, | JURY TRIAL DEMANDED |
| Defendants. | |

## STIPULATION FOR DISMISSAL

The parties hereby stipulate and agree that Plaintiff's claims against the Defendants in the above-captioned action be dismissed with prejudice.

Respectfully submitted,

By _____
Charity Grimm Krupa, Esquire
PA ID No. 202124
Counsel for Plaintiff
PO Box 622
76 Main Street, Suite 200
Smithfield, PA 15478

By _____
Suzanne B. Merrick, Esquire
PA ID No. 47724
Counsel for Defendants
One Oxford Centre
301 Grant St., Suite 1150
Pittsburgh, PA 15219

SO ORDERED, this 4th day of August, 2008.

_____
Gary L. Lancaster, U.S. District Judge